```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


KEITH MASON AND                       CIVIL ACTION
JEANINE MASON


VERSUS                                NO.  07-445


AAA INSURANCE COMPANY AND             SECTION "R" (2)
INDEPENDENT INSURANCE AGENCY
```

### ORDER

Before the Court is defendant Auto Family Club Insurance Company's motion for judgment on the pleading under Rule 12(c) of the Federal Rules of Civil Procedure. Auto Family was incorrectly styled as AAA Insurance in the plaintiffs' complaint.

In their complaint, the plaintiffs allege they suffered wind and water damage to their home from Hurricane Katrina. They seek to recover the full value of their insurance policy under Louisiana's valued policy law (VPL), La. Rev. Stat. § 22:695. Auto Family moves to dismiss plaintiffs' claims in light of this Court's ruling in *Chauvin v. State Farm Fire and Casualty, Co.*, 450, F. Supp. 2d 660, 669 (E.D. La. 2006), *aff'd* __ F.3d __, __,

2007 WL 2230724, at *5 (5th Cir. Aug. 6, 2007), that the VPL does not apply when a total loss is not caused by a covered peril.

Auto Family filed its motion on April 30, 2007 and set a hearing date for May 30. The plaintiffs did not respond. On June 27, 2007, the Court ordered the docket on this case passed for 30 days to allow plaintiffs to take appropriate action. Despite having had ample opportunity to respond to Auto Family's motion, the plaintiffs have not done so. In light of plaintiffs' failure to respond and the Fifth Circuit's affirmance that Louisiana's VPL does not apply to total losses resulting from non-covered perils, Auto Family is entitled to judgment on the pleadings.

Accordingly, the Court GRANTS Auto Family's motion.

New Orleans, Louisiana, this 23rd day of August 2007.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE